IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                            Case No. 99-CR-37

JOEL HAGEN,

        Defendant.

## AMENDED FINAL ORDER OF FORFEITURE

Upon application of the United States of America, the Court hereby finds:

1. On November 17, 1999, a Final Order of Forfeiture was entered in the form of a money judgment in the amount of $104,440.00.

2. The government agrees to except a lump sum payment in the amount of twenty thousand dollars ($20,000.00) in full satisfaction of the money judgement.

3. The government has received and is holding a certified check in the amount of twenty thousand dollars ($20,000.00) from Joel Hagen.

4. The twenty thousand dollars ($20,000.00) is condemned and forfeited to the United States of America.

5. The Final Order of Forfeiture signed on November 17, 1999, is hereby amended. The lump sum payment of twenty thousand dollars ($20,000.00) will be if full and final satisfaction of the $104,440.00 judgment.

6. The United States Marshal is directed to:

   a. dispose of the twenty thousand dollars ($20,000.00) in accordance with federal law.

ORDERED this __11th__ day of August 2009.

*Barbara B Crabb*
BARBARA B. CRABB
United States District Judge